■ In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JOHN DOE, Defendant. BUFFALO GENERAL HOSPITAL, Appellant, v EDWARD C. COSGROVE, as District Attorney of the County of Erie, Respondent.—Order unanimously affirmed, without costs, for the reasons stated at Special Term, Ball, J. (Appeal from order of Erie Supreme Court—quash subpoenas.) Present—Marsh, P. J., Simons, Dillon, Hancock, Jr., and Denman, JJ.

■ ZVI ETTINGER, Respondent, v BERNARD S. BACHMAN, Appellant.— Order unanimously affirmed, without costs, on the memorandum at Special Term, Boomer, J. (Appeal from order of Monroe Supreme Court—summary judgment.) Present—Moule, J. P., Dillon, Hancock, Jr., Denman and Witmer, JJ.

■ JOHN P. CONNOR et al., Individually and as Parents and Natural Guardians of MICHAEL CONNOR, Appellants, v SANTINO CARNIVALE et al., Respondents.—Order unanimously affirmed, without costs, on the opinion at Special Term, Doerr, J. (Appeal from order of Erie Supreme Court—summary judgment.) Present—Moule, J. P., Dillon, Denman and Witmer, JJ.